# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **GARY L BRUTON** | **CIVIL ACTION NO. 17-cv-1550** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **SHREVEPORT POLICE DEPARTMENT OFFICERS** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted,

IT IS ORDERED that Defendants' motion for summary judgment [doc. # 58] is DENIED.

THUS DONE AND SIGNED this 11th day of MARCH, 2020, in Shreveport, Louisiana.

_____
Elizabeth E. Foote
United States District Judge